UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:21-cv-00031 JCH |
| v. | ) ) | |
| MILLENNIUM INSTALLATION GROUP, LLC, | ) ) | |
| Defendant. | ) | |

## MOTION TO DISMISS WITHOUT PREJUDICE

Come now plaintiffs, through counsel, and dismiss the above-styled matter without prejudice.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:  (314) 727-6804

_____/s/ Greg A. Campbell_____
GREG A. CAMPBELL, #35381MO
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2021, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing:  Millennium Installation Group, LLC, 17830 Chesterfield Airport Road, Chesterfield, MO 63005.

_____/s/ Greg A. Campbell_____